## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORA LEE LOWE, | : | CIVIL ACTION NO. **3:CV-12-0764** |
| Plaintiff | : | |
| v. | : | |
| | : | (Magistrate Judge Blewitt) |
| POCONO MEDICAL CENTER, *et al.*, | : | |
| Defendants | : | |

## ORDER AND JUDGMENT

**AND NOW,** this 10th day of **April, 2014**, based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion *in Limine* **(Doc. 38)** is **DENIED IN ITS ENTIRETY.**

2. Plaintiff's request for declaratory judgment in her Amended Complaint is **DISMISSED WITH PREJUDICE**.

3. The Motion for Summary Judgment of Defendants **(Doc. 30)** with respect to Plaintiff's age discrimination claims raised in her Amended Complaint under the ADEA and the PHRA is **GRANTED.**

4. The Clerk of Court is directed to enter Judgment in favor of Defendants PMC, Mongi and Ueberroth, and against Plaintiff Lowe.

5. The Clerk of Court is directed to close this case.

                                                 s/ **Thomas M. Blewitt**
                                                 **THOMAS M. BLEWITT**
                                                 **United States Magistrate Judge**